# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                             Case No. 17-CR-0160

RONALD H. VAN DEN HEUVEL,

    Defendant.

## ORDER

On October 10, 2017, at the defendant's arraignment in the above matter, the court orally appointed Robert LeBell as CJA counsel for the defendant based upon the finding of indigency in an earlier case to which the defendant entered a plea agreement on the same date. At the same time, however, the court indicated that VanDenHeuvel would be required to meet with pre-trial services and complete a financial disclosure affidavit to establish his eligibility for a CJA appointment. Counsel for the defendant has filed several motions requesting authorization for expenditures related to his representation of the defendant. During a discussion of one of the expenditures, the court reminded counsel of his client's obligation to complete the financial disclosure declaration required to establish his eligibility for CJA counsel. It appears that the defendant has yet to do so. Instead, he has simply deposited with the Clerk a collection of documents and a handwritten statement that contains little of the kind of information that would allow Pretrial Services to confirm the information provided. This is not sufficient.

Based upon the foregoing, defendant is directed to meet with pre-trial services and provide the information under oath required to establish his eligibility for CJA counsel on or before November 28, 2017. Failure to do so will result in the termination of the CJA appointment.

Dated this ___20th___ day of November, 2016.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court